**IN THE SUPREME COURT OF PENNSYLVANIA**

OFFICE OF DISCIPLINARY COUNSEL,   :  No. 2217 Disciplinary Docket No. 3
          Petitioner             :

                               :  No. 80 DB 2014

           v.                  :

                               :  Attorney Registration No.  205985

CHRISTOPHER JOHN BASNER,       :
          Respondent       :  (Out of State)

## O R D E R

**PER CURIAM**

AND NOW, this 17th day of December, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, Christopher John Basner is suspended from the Bar of this Commonwealth for a period of five years, and he is directed to comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).